**Order entered August 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01557-CV

**RICHARD MYERS, Appellant**

**V.**

**HALL COLUMBUS LENDER, LLC, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-04295**

## ORDER

The Court has before it appellee's August 29, 2013 unopposed motion for leave to file appellee's sur-reply to reply brief of appellant. The Court **GRANTS** the motion and **ORDERS** that the sur-reply tendered by appellee on August 29, 2013 be timely filed as of today's date.

/s/    ELIZABETH LANG-MIERS
        JUSTICE